**U.S. Department of Justice**

*United States Attorney's Office*
*District of New Jersey*

*970 Broad Street, 7th floor*
*Newark, New Jersey 07102*
*973-645-2700*

February 25, 2026

Hon. Madeline Cox Arleo
United States District Judge
MLK Jr. Bldg. & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

Re: *United States v. Devon Burt*, Crim. No. 23-512 (MCA)

Dear Judge Arleo:

The Government respectfully submits this letter in support of a request for adjournment of the sentencing date in the above-captioned matter. The matter is currently scheduled for sentencing on March 19, 2026, and the parties seek an adjournment of approximately six months. Should the Court have any questions regarding this request or the status of the case, the parties are available.

Respectfully submitted,

TODD BLANCHE
U.S. Deputy Attorney General

PHILIP W. LAMPARELLO
Senior Counsel

*/s/ Katherine M. Romano*
By: Katherine M. Romano
Assistant U.S. Attorney

cc: Counsel of record (via ECF)